IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SAMUEL TYRONE WILLIAMS　　　　　　　　　　　　　　　　　　　　　PETITIONER

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 1:09CV117-A-D

STATE OF MISSISSIPPI, ET AL., ET AL.　　　　　　　　　　　　　　　　RESPONDENTS

**FINAL JUDGMENT
ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 7, 2010, was on that date duly served by mail upon the *pro se* petitioner at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court will adopt the magistrate judge's Report and Recommendation as the opinion of the court. It is, therefore,

**ORDERED**:

1.　　That the Report and Recommendation of the United States Magistrate Judge dated October 7, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.　　That the instant petition for a writ of *habeas corpus* is **DENIED**.

3.　　That this case is **CLOSED**.

THIS, the 14th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**